```
JOHN R. DUREE, JR. INC.
A Professional Corporation
State Bar No. 65684
428 J Street, Suite 352
Sacramento, California 95814
Telephone: (916) 441-0562
Fax: (916) 447-2988
Email: jrduree@gmail.com


Attorney for Defendant
VALERI MYSIN
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-00051 MCE |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | STIPULATION AND |
| vs. | ) | ORDER TO RELEASE PASSPORT |
| | ) | TO DEFENDANT |
| | ) | |
| BEKNAZAROV, et al. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby agree and stipulate that defendant's passport, which was given to the Court on January 17, 2012, as a condition of bail, be released to defendant, Valeri Mysin.

IT IS SO STIPULATED.

Dated: February 10, 2015                    /s/ Michele Beckwith
                                            MICHELE BECKWITH
                                            Assistant U.S. Attorney

Dated: February 10, 2015                    /s/ John R. Duree, Jr.
                                            JOHN R. DUREE, JR.
                                            Attorney for Valeri Mysin

1

**ORDER**

Pursuant to the stipulation of the parties, Defendant's passport, which was given to the Court on January 17, 2012, as a condition of bail, shall be released to defendant, Valeri Mysin.

IT IS SO ORDERED.

Dated: February 23, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT