BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VALERI MYSIN,<br><br>　　　　　　　　Defendant. | CASE NO.  2:12-CR-0051 MCE<br><br>STIPULATION AND ORDER CONTINUING THE JUDGMENT AND SENTENCING |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on February 19, 2015.

2. By this stipulation, the parties now move to continue the judgment and sentencing until June 25, 2015, at 9:00 a.m. a

3. The reason for the continuance is that the parties anticipate further cooperation by defendant Valeri Mysin, including his testimony at various trials that have not yet commenced.

IT IS SO STIPULATED.

///

///

///

1

Dated: February 26, 2015                         BENJAMIN B. WAGNER
                                                 United States Attorney


                                                  /s/ MICHELE BECKWITH
                                                 MICHELE BECKWITH
                                                 Assistant United States Attorney


Dated: February 26, 2015                          /s/ John R. Duree, Jr.
                                                 John R. Duree, Jr.
                                                 Counsel for Defendant
                                                 VALERI MYSIN


## ORDER

The judgment and sentencing for defendant Valeri Mysin is hereby continued to June 25, 2015.

IT IS SO ORDERED.

Dated: March 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT