**JOHN R. DUREE, JR. INC**
**A Professional Corporation**
JOHN R. DUREE, JR.
State Bar No. 65684
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
VALERI MYSIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VALERI MYSIN, <br><br> Defendant. | 2:12-CR-00051 MCE <br><br> **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michele Beckwith and defendant, Valeri Mysin, by and through his counsel, John R. Duree, Jr., agree and stipulate to vacate the date set for judgment and sentencing, February 16, 2017 at 9:00 a.m., in the above-captioned matter, and to continue the judgment and sentencing to April 27, 2017 at 10:00 a.m. in the courtroom of the Honorable Morrison C. England, Jr. Probation officer, Carol Chavez also agrees to this change.

The reason for the continuance is that the parties anticipate further cooperation by defendant Valeri Mysin.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

1

IT IS SO STIPULATED

Dated: February 13, 2017                    PHILLIP A. TALBERT
                                            Acting United States Attorney

                                   By:    /s/ Jared C. Dolan
                                          JARED C. DOLAN
                                          Assistant United States Attorney

Dated: February 13, 2017                   /s/ John R. Duree, Jr.
                                          JOHN R. DUREE, JR.
                                          Attorney for Defendant
                                          VALERI MYSIN

## ORDER

For the reasons set forth in the accompanying stipulation, the February 16, 2017, judgment and sentencing is VACATED and CONTINUED to April 27, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  February 16, 2017

                                          MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE