**JOHN R. DUREE, JR. INC**
**A Professional Corporation**
JOHN R. DUREE, JR.
State Bar No. 65684
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
VALERI MYSIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> **VALERI MYSIN,** ) <br> ) <br> Defendant. ) <br> _____ ) | 2:12-CR-00051 MCE <br><br> **AMENDED STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michele Beckwith and defendant, Valeri Mysin, by and through his counsel, John R. Duree, Jr., agree and stipulate to vacate the date set for judgment and sentencing, October 19, 2017 at 9:30 a.m., in the above-captioned matter, and to continue the judgment and sentencing to November 30, 2017 at 9:30 a.m. in the courtroom of the Honorable Morrison C. England, Jr. Probation officer, Shannon Moorehouse also agrees to this change.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

1

| | |
|---|---|
| Written objections to the PSR | November 2, 2017 |
| Final draft of the PSR | November 9, 2017 |
| Motion for correction of PSR | November 16, 2017 |
| Government's reply | November 22, 2017 |

The reason for the continuance is that the parties anticipate further cooperation by defendant Valeri Mysin.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: September 21, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ Michele Beckwith
MICHELE BECKWITH
Assistant United States Attorney

Dated: September 21, 2017

/s/ John R. Duree, Jr.
JOHN R. DUREE, JR.
Attorney for Defendant
VALERI MYSIN

**ORDER**

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of October 19, 2017 at 9:30 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on November 30, 2017 at 9:30 a.m.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Written objections to the PSR | November 2, 2017 |
| Final draft of the PSR | November 9, 2017 |
| Motion for correction of PSR | November 16, 2017 |
| Government's reply | November 22, 2017 |

IT IS SO ORDERED.

Dated: September 26, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE