**JOHN R. DUREE, JR. INC**
**A Professional Corporation**
JOHN R. DUREE, JR.
State Bar No. 65684
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
VALERI MYSIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 2:12-CR-00051 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| v. | |
| **VALERI MYSIN,** | |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Michele Beckwith and defendant, Valeri Mysin, by and through his counsel, John R. Duree, Jr., agree and stipulate to vacate the date set for judgment and sentencing, February 15, 2018 at 10:00 a.m., in the above-captioned matter, and to continue the judgment and sentencing to December 13, 2018 at 2:00 p.m. in the courtroom of the Honorable Morrison C. England, Jr. Probation officer, Shannon Morehouse also agrees to this change.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

1

| | |
|---|---|
| Written objections to the PSR | November 16, 2018 |
| Final draft of the PSR | November 23, 2018 |
| Motion for correction of PSR | November 30, 2018 |
| Government's reply | December 5, 2018 |

The reason for the continuance is that the parties anticipate further cooperation by defendant Valeri Mysin.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: February 2, 2018	PHILLIP A. TALBERT
	United States Attorney

	By:	/s/ Michele Beckwith
		MICHELE BECKWITH
		Assistant United States Attorney

Dated: February 2, 2018	/s/ John R. Duree, Jr.
	JOHN R. DUREE, JR.
	Attorney for Defendant
	VALERI MYSIN

**ORDER**

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of February 15, 2018 at 10:00 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on December 13, 2018 at 2:00 p.m.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Written objections to the PSR | November 16, 2018 |
| Final draft of the PSR | November 23, 2018 |
| Motion for correction of PSR | November 30, 2018 |
| Government's reply | December 5, 2018 |

IT IS SO ORDERED.

Dated: February 8, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE